# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IZARIAH JUMP, et al.,

                      Plaintiffs,      Case No. 19-CV-1151

    v.

DEAN HEALTH PLAN, INC.,    Involuntary Plaintiff,

**MINUTE SHEET**

VILLAGE OF SHOREWOOD, et al.,

                      Defendants.

---

**Hon. Nancy Joseph, presiding.**    **Deputy Clerk:** Dionna Satterwhite

**Type of Proceeding:** TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**Date:** January 22, 2020 at 10:00 AM    **Court Reporter:** Liberty

**Time Commenced:** 10:06:15 AM    **Time Concluded:** 10:28:49 AM

| Appearances: | Plaintiffs: | Ben H. Elson, Jeffrey D. Patza |
|---|---|---|
| | Involuntary Plaintiff: | Laura Lyons |
| | Defendants: | Joseph Wirth |

**Comments:** Parties summarize case and discovery. Counsel anticipate depositions to begin late February/March. The Court adopts the parties' proposed dates as follows:

Initial Disclosures due by: **January 31, 2020**

Plaintiff's Expert Witnesses: **June 15, 2020**

Defendant's Expert Witnesses: **August 14, 2020**

Discovery Deadline: **September 18, 2020**

Dispositive Motions due by: **September 18, 2020**

Final Pretrial Report/Motions in Limine due by: **March 5, 2021**

Final Pretrial Conference (in-person): **March 22, 2021** at **9:00 AM**

Jury Trial: **April 5, 2021** at **9:00 AM**; Trial estimated to take **one (1) week.**

The court makes itself available to the parties for status conferences to address minor discovery disputes prior to the filing of any motions. The parties are to contact the courtroom deputy in this case, Ms. Amanda Chasteen (414-297-1831). The court also discusses with the parties the availability of court-assisted mediation. If both parties agree to mediation, they are to submit a joint written request and the case will be referred.