UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IZARIAH JUMP, and
ESTATE OF JONAH MARCINIAK,
by special Administrator, Brenda Mroch,

      Plaintiffs,

v.

VILLAGE OF SHOREWOOD,
THOMAS LIEBENTHAL,
CODY J. SMITH, and,
NICOLAS TARABOI,

      Defendants.

Case No.: 19-CV-1151

## DECLARATION OF NICHOLAS TARABOI

Nicholas Taraboi declares as follows pursuant to 28 U.S.C. § 1746:

1. I am one of the defendants in this action and make this declaration upon personal knowledge.

2. On August 15, 2016 I was employed as a law enforcement officer with the Village of Shorewood.

3. I relied on NSFD's professional medical judgment that it was safe to take Marciniak into custody.

4. I transported Jonah Marciniak ("Marciniak") from the scene of his arrest at 4422 North Oakland Avenue to the Shorewood Police Department ("SPD") station.

5. I did not pull Marciniak's shorts down, nor did I ever instruct that they be pulled down.

6. I never touched Marciniak's uncovered genitals, pubic area, buttocks and/or anus.

7. Marciniak's shorts did not fall down while I performed a custodial pat-down search of him in the SPD station interview room.

Date:_____

_____
Nicholas Taraboi