UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IZARIAH JUMP, and
ESTATE OF JONAH MARCINIAK,
by special Administrator, Brenda Mroch,

       Plaintiffs,                     Case No.:    19-CV-1151

v.

VILLAGE OF SHOREWOOD,
THOMAS LIEBENTHAL,
CODY J. SMITH, and,
NICOLAS TARABOI,

       Defendants.

**DEFENDANTS' SUMMARY JUDGMENT TABLE OF CONTENTS FOR SUMMARY JUDGMENT BRIEF AND TABLE OF AUTHORITIES**

## TABLE OF CONTENTS

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

PREFACE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

FACTUAL BACKGROUND. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STANDARD OF REVIEW. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

      I.      <u>SPD Officers Had Probable Cause for the Arrest and Detention of Marciniak</u> . . . 7

           a.      Federal Probable Cause Standard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

           b.      Marciniak's Arrest Was Supported by Probable Cause. . . . . . . . . . . . . . 8

           c.      Plaintiffs' "Exculpatory" Evidence is Irrelevant . . . . . . . . . . . . . . . . . . 10

      II.     <u>The Search of Marciniak Complied with the Constitution</u>. . . . . . . . . . . . . . . . . 13

|     |      | a.  | Marciniak Was Not Strip Searched . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 |
|---|---|---|---|

       a.     Marciniak Was Not Strip Searched . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

       b.     The Search Did Not Require Reasonable Suspicion. . . . . . . . . . . . . . . 14

       c.     Plaintiffs Cannot State a Claim for Violation of Substantive Due Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

       d.     Plaintiffs Cannot State a Claim for Violation of Procedural Due Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

  III.    <u>Defendants Did Not Violate Marciniak's Right to Medical Care During Arrest or Detention</u>. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

       a.     Police Response to Detainee Medical Needs Must Be Reasonable Under the Circumstances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18

       b.     Defendants Did Not Have Notice of Marciniak's Risk of Suicide. . . . . . 19

       c.     Defendants Cared for Marciniak's Apparent Medical Needs. . . . . . . . . 21

       d.     Plaintiffs Have No Evidence to Establish the Causal Element of Their Claims. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

  IV.    <u>Qualified Immunity Demands Dismissal of Plaintiffs Federal Claims</u> . . . . . . . 25
       a.     Qualified Immunity for Federal Claims . . . . . . . . . . . . . . . . . . . . . . . . 25

       b.     Defendants Are Immune From Any Claim by Plaintiff Izariah Jump That He Has a Federal Cause of Action for Loss of Society and Companionship. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

       c.     Defendants are Immune from Plaintiffs' Federal False Arrest Claim . . . 26

       d.     Defendants are Immune from Plaintiffs' Claims of Illegal Search . . . . . 27

       e.     Defendants are Immune from Plaintiffs' Medical Care, Attention, and Self-Harm Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

  V.     <u>Plaintiffs' State Law Claims Must be Dismissed or Remanded to State Court</u> . . 28

       a.     Plaintiffs Cannot Prove Their State Claims . . . . . . . . . . . . . . . . . . . . . . 28

       b.     Discretionary Immunity Protects Defendants from Plaintiffs' State Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

# TABLE OF AUTHORITIES

FEDERAL CASES

*Abbott v. Sangamon Cty., Ill.*, 705 F.3d 706 (7th Cir. 2013) . . . . . . . . . . . . . . . . . . . . . . . .7, 26-27

*Anderson v. City of W. Bend Police Dep't*, 774 F. Supp. 2d 925 (E.D. Wis. 2011) . . . . 12, 14, 27

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986) . . . . . . . 7

*Anderson v. Westfield Ins. Co.*, 300 F. Supp. 2d 726 (W.D. Wis. 2002) . . . . . . . . . . . . . . . . . . 26

*Beardsall v. CVS Pharmacy, Inc.*, 953 F.3d 969 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . 25

*Bell v. McAdory*, 820 F.3d 880 (7th Cir. 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Bradley v. Flynn*, No. 13-CV-859-BBC, 2015 WL 137302 (W.D. Wis. Jan. 9, 2015) . . . . . . . . 10

*Brokaw v. Mercer Cty.*, 235 F.3d 1000 (7th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Brown v. Polk Cty., Wisconsin*, 965 F.3d 534 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Burritt v. Ditlefsen*, 807 F.3d 239 (7th Cir. 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Celotex Corp. v. Catrett*, 477 U.S. 317, 206 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . .6-7

*Collignon v. Milwaukee Cty.*, 163 F.3d 982 (7th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . 24, 28

*Colon v. Schneider*, 899 F.2d 660 (7th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*DeShaney v. Winnebego County Dept. of Social Servs.*, 489 U.S. 189,
109 S.Ct. 998, 103 L.Ed.2d 249 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Ebert v. Gaetz*, 610 F.3d 404 (7th Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Estate of Fiebrink by Cade v. Armor Corr. Health Servs., Inc.*, No. 18-CV-832-JPS,
2019 WL 1980625 (E.D. Wis. May 3, 2019) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Estate of Perry v. Wenzel*, 872 F.3d 439 (7th Cir. 2017) . . . . . . . . . . . . . . . . . . . . . . . 19, 22-23, 30

*Ewell v. Toney,* 853 F.3d 911 (7th Cir. 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7, 25

*Florek v. Vill. of Mundelein, Ill.*, 649 F.3d 594 (7th Cir. 2011) . . . . . . . . . . . . . . . . . . 18, 20, 22

*Florence v. Bd. of Chosen Freeholders of Cty. of Burlington*, 566 U.S. 318,
132 S. Ct. 1510, 182 L. Ed. 2d 566 (2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-15, 27

*Fox v. Hayes*, 600 F.3d 819 (7th Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Graham v. Connor*, 490 U.S. 386, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989) . . . . . . . . . . . . . 17

*Hanson v. Dane Cty.*, Wis., 608 F.3d 335 (7th Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Henry v. Hulett*, 969 F.3d 769 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-16, 25, 27

*Hernandez v. Mesa*, – U.S. –, 137 S. Ct. 2003, 2007, 198 L. Ed. 2d 625 (2017) . . . . . . . . . . 26

*Huff v. Reichert*, 744 F.3d 999 (7th Cir. 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*King v. Hendricks Cty. Commissioners*, 954 F.3d 981 (7th Cir. 2020) . . . . . . . . . . . . . . . . 6, 21

*Kisela v. Hughes*, – U.S. –, 138 S. Ct. 1148, 200 L. Ed. 2d 449 (2018) . . . . . . . . . . . . . . . . 25

*Kraushaar v. Flanigan*, 45 F.3d 1040 (7th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . 16-17, 27

*Lovett v. Herbert*, 907 F.3d 986 (7th Cir. 2018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 27

*Maryland v. King*, 569 U.S. 435, 133 S. Ct. 1958, 186 L. Ed. 2d 1 (2013)

*Matos ex rel. Matos v. O'Sullivan*, 335 F.3d 553, 558 (7th Cir. 2003) . . . . . . . . . . . . . . . . . . 20

*McBride v. Grice*, 576 F.3d 703, 708 (7th Cir. 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*McCann v. Badger Mining Corp.*, 965 F.3d 578 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . 6

*Muckway v. Craft*, 789 F.2d 517 (7th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Newman v. Vagnini*, No. 15-CV-1363-JPS, 2016 WL 6090859 (E.D. Wis. Oct. 18, 2016) . . . . 13

*Ortiz v. City of Chicago*, 656 F.3d 523 (7th Cir. 2011) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Plumhoff v. Rickard*, 572 U.S. 765, 134 S. Ct. 2012, 188 L. Ed. 2d 1056 (2014) . . . . . . . . . . 26

*Pulera v. Sarzant*, 966 F.3d 540 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . . . 12, 18-21, 23-25

*Stokes v. Bd. of Educ. of the City of Chicago*, 599 F.3d 617 (7th Cir. 2010) . . . . . . . . . . . . . . 10

*Thompson v. City of Chicago*, 472 F.3d 444 (7th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . 23

*United States v. Edwards*, 415 U.S. 800, 94 S.Ct. 1234, 39 L.Ed.2d 771 (1974).

*United States v. Eymann*, 962 F.3d 273 (7th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 12

*United States v. Funches*, 327 F.3d 582 (7th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 27

*United States v. Johnson*, 874 F.3d 571 (7th Cir. 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 27

*United States v. Lanier*, 520 U.S. 259, 117 S.Ct. 1219, 137 L.Ed.2d 432 (1997) . . . . . . . . . . . 16

*United States v. Robinson*, 414 U.S. 218, 94 S.Ct. 467, 38 L.Ed.2d 427 (1973) . . . . . . . . . . 14-15

*United States v. Tepiew*, 859 F.3d 452, 456 (7th Cir. 2017) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*White v. Olig*, 56 F.3d 817 (7th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*White v. Pauly*, 580 U.S. –,137 S. Ct. 548, 551, 196 L. Ed. 2d 463 (2017) . . . . . . . . . . . . . . . 26

*Williams v. Rodriguez*, 509 F.3d 392 (7th Cir. 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Wilson v. City of Milwaukee,* 138 F. Supp. 2d 1126 (E.D. Wis. 2001) . . . . . . . . . . . . . . . . . . . 29

*Zappa v. Gonzalez*, 819 F.3d 1002 (7th Cir. 2016) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 27

STATE CASES

*Cords v. Anderson*, 80 Wis. 2d 525, 259 N.W.2d 672 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . 29

*DeFever v. City of Waukesha,* 2007 WI App 266, ¶¶ 7-8, 306 Wis. 2d 766,
743 N. W.2d 848 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

*Kelly v. Mohrhusen*, 50 Wis. 2d 337, 184 N.W.2d 149 (1971) . . . . . . . . . . . . . . . . . . . . . . . . . 28

*Kierstyn v. Racine Unified School Dist.*, 228 Wis. 2d 81, 596 N.W.2d 417 (1999) . . . . . . . . . 29

*State v. Popke*, 2009 WI 37, ¶ 14, 317 Wis. 2d 118, 765 N.W.2d 569 . . . . . . . . . . . . . . . . . . . .28

OTHER AUTHORITY

42 U.S.C. § 1983. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 7, 16, 22-24, 26
F.R.C.P. 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 6-7
Civil L.R. 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
WIS. STAT. § 893.80 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
WIS. STAT. § 895.03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
WIS. STAT. § 940.19. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
WIS. STAT. § 968.07. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 28
WIS. STAT. § 968.075. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 9, 10, 29
WIS. STAT. § 968.255. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-14, 16-17
Wis. Admin. Code DOC § 349.12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23