UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IZARIAH JUMP, and
ESTATE OF JONAH MARCINIAK,
by Special Administrator, Brenda Mroch

       Plaintiffs,

  and

DEAN HEALTH PLAN, INC.,

       Involuntary Plaintiff,                Magistrate Judge Nancy Joseph

v.                                                          Case No.: 19-CV-1151

VILLAGE OF SHOREWOOD,
THOMAS LIEBENTHAL,
CODY J. SMITH, and
NICHOLAS TARABOI,

       Defendants.

---

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

      Plaintiffs Izariah Jump, and Estate of Jonah Marciniak, respectfully move the Court, pursuant to Fed. R. Civ. P. 56, for partial summary judgment in their favor as to Count II (False Arrest) on the ground that there is no genuine issue as to any material fact in regard thereto, and that Plaintiffs are entitled to judgment as a matter of law. This motion is based upon the supporting brief and materials attached hereto.

Dated: February 1, 2021                              Respectfully submitted,

/s/ Ben H. Elson
One of Plaintiffs' Attorneys

Ben H. Elson, Janine L. Hoft, Jan Susler      Jerome A. Konkel
PEOPLE'S LAW OFFICE                           SAMSTER, KONKEL & SAFRAN
1180 N. Milwaukee Ave.                        A division of Groth Law Firm, S.C.
Chicago, IL 60642                             11063 W. Bluemound Road
(773) 235-0070                                Wauwatosa, WI 53226
                                              (414) 224-0200